Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert S. Blair, Daniel L. Morris, Paul A. Blair,* and *John C. Blair* for petitioners. *Messrs. Vernon M. Dorsey* and *T. Clay Lindsey* for respondent.

No. 769. VANDERBILT, BY GILCHRIST, GENERAL GUARDIAN, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. F. Sims McGrath* and *Clarence Castimore* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Morton K. Rothschild* for respondent.

No. 771. OSWALD JAEGER BAKING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Giles F. Clark* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *F. E. Youngman* for respondent.

No. 776. S. C. LOVELAND, INC. ET AL. *v.* PENNSYLVANIA SUGAR CO. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Forrest E. Single, Lester S. Parsons,* and *James J. Lenihan* for petitioners. *Messrs. T. Catesby Jones* and *Leonard J. Matteson* for respondent.